STATE of Maine

v.

Kevin W. BROCHU.

Supreme Judicial Court of Maine.

June 8, 1978.

Henry N. Berry, III, Dist. Atty., Peter G. Ballou (orally), Deputy Dist. Atty., Portland, for plaintiff.

Strout, Payson, Pellicani & Cloutier by Robert Levine (orally), Rockland, for defendant.

Before McKUSICK, C. J., and POMEROY, WERNICK, ARCHIBALD and DELAHANTY, JJ.

MEMORANDUM OF DECISION.

The indictment is legally sufficient to allege the crime of escape pursuant to 17–A M.R.S.A. § 755. *See* 17–A M.R.S.A. § 755(2). *Cf. State v. Tibbetts,* Me., 386 A.2d 736 (1978).

The entry must be:

Appeal denied.

Judgment affirmed.

GODFREY and NICHOLS, JJ., did not sit.